# EXHIBIT 2

Job#: 10264124

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIDAVIT OF SERVICE** |
| Diane Abbey | **Index No:** |
| **Defendant / Respondent:** | **650209 / 2024** |
| UnitedHealthCare Insurance Company of New York, and | |
| UnitedHealthCare Insurance Company | |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in Bronx County. That on <u>Thu, Jan 18 2024</u> AT <u>03:10 PM</u> AT <u>28 Liberty Plaza 42 floor, New York, NY 10005</u> deponent served the within <u>Summons and Complaint, Jury Trial Demanded (Received Jan 18, 2024 at 9:45am EST), Notice of Electronic Filing (Received Jan 18, 2024 at 9:45am EST)</u> on <u>UnitedHealthCare Insurance Company c/o CT Corporation System</u>

| | |
|---|---|
| ☐ | **Non-Service:** |
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☒ | **Corporation:** by delivering a true copy of each to <u>Osmara Martinez</u> personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be <u>Intake Specialist</u> thereof. |
| ☐ | **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. |
| ☐ | **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at |
| | _____ |
| ☐ | **Mailing:** The office also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____. |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. |

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: 30 | | Ethnicity: Latino | | Gender: Female | | Weight: 135 | |
| Height: 5'7" | | Hair: Black | | Eyes: | | Relationship: Intake Specialist | |
| Other | | | | | | | |

_____

Ivan Gregg
2072478-DCA

Sworn to before me on  January 19, 2024

_Jack Johnson_

Jack Johnson
Notary Public, State of New York
No. 01JO6404602
Qualified in Kings County
Commission Expires 2/24/2024

Job#: 10264097

SUPREME COURT OF THE STATE OF NEW YORK                    COUNTY OF NEW YORK

_____

Plaintiff / Petitioner:                                  **AFFIDAVIT OF SERVICE**

Diane Abbey                                              Index No:

**Defendant / Respondent:**                              650209 / 2024

UnitedHealthCare Insurance Company of New York, and

UnitedHealthCare Insurance Company

_____

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in Bronx County. That on <u>Thu, Jan 18 2024</u> AT <u>03:10 PM</u> AT <u>28 Liberty Plaza 42 floor, New York, NY 10005</u> deponent served the within <u>Summons and Complaint, Jury Trial Demanded (Received Jan 18, 2024 at 9:45am EST), Notice of Electronic Filing (Received Jan 18, 2024 at 9:45am EST)</u> on <u>UnitedHealthCare Insurance Company of New York c/o CT Corporation System</u>

| | |
|---|---|
| ☐ | **Non-Service:** |
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☒ | **Corporation:** by delivering a true copy of each to <u>Osmara Martinez</u> personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be <u>Intake Specialist</u> thereof. |
| ☐ | **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. |
| ☐ | **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____ |
| ☐ | **Mailing:** The office also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____. |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform. The* source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes. |

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: | 30 | Ethnicity: | Latino | Gender: | Female | Weight: | 135 |
| Height: | 5'7" | Hair: | Black | Eyes: | | Relationship: | Intake Specialist |
| Other | | | | | | | |

_____                    Sworn to before me on    January 19, 2024

_____                    _____

Ivan Gregg                                   Jack Johnson
2072478-DCA                                  Notary Public, State of New York
                                             No. 01JO6404602
                                             Qualified in Kings County
                                             Commission Expires 2/24/2024