

|  |  |
|---|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/26/2024 | MATTHEW P. MAZZOLA<br><br>Chrysler East Building<br>666 Third Avenue, 20th floor<br>New York, NY 10017<br>Main (212) 451-2900<br>Fax (212) 451-2999<br>mmazzola@rc.com<br>Direct (212) 451-2913<br><br>Also admitted in New Jersey |

**MEMO ENDORSED**

February 26, 2024

**VIA ECF**

Hon. Stewart D. Aaron, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

      Re:   *Diane Abbey v. UnitedHealthcare Insurance Company of New York, et. al.*
                Civil Action No.: 1:24-cv-01275-VEC-SDA

Dear Judge Aaron:

      This office represents the Defendants UnitedHealthcare Insurance Company of New York ("UHNY") and UnitedHealthcare Insurance Company ("United") (collectively, "United" and/or "Defendants") in the above referenced matter. Pursuant to Rule 1(D) of Your Honor's Individual Practices, United respectfully requests an extension of time to respond to the Complaint filed by Plaintiff Diane Abbey from February 27, 2024 to and including March 8, 2024. This is Defendant's first request to this Court for an extension of time to respond to the Complaint and Plaintiff consents to the relief requested herein.

      Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Matthew P. Mazzola*

Matthew P. Mazzola


cc: Plaintiff's Counsel (*via ECF*)

Application GRANTED.  Defendant's deadline to answer or otherwise respond to the Complaint is extended from Tuesday, February 27, 2024, to **Friday, March 8, 2024**.

To date, the parties have not consented to jurisdiction by a magistrate judge, nor has the case been referred to Magistrate Judge Aaron.  If the parties wish to consent to proceed before Judge Aaron, they must file the attached form.  If the parties do not consent to such jurisdiction, then the parties must direct their motions to the Undersigned unless and until the matter is referred.

SO ORDERED.

*[signature: Valerie Caproni]*          2/26/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____        _____
                                                                *District Judge's signature*

                                                  _____
                                                                *Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.